**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMIULLAH AHMADI, | No. 1:25-cv-01044-JLT-CDB (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| MOISES BECERRA, *et al.*, | (A-Number 245-274-772) |
| Respondents. | (Doc. 18) |

Petitioner Samiullah Ahmadi is a federal immigration detainee. He initiated this action by filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241 on January 11, 2026, while in custody of Immigration and Customs Enforcement ("ICE") at the Golden State Annex ICE Detention Center in McFarland, California. (Doc. 1.) On February 3, 2026, Petitioner filed a motion for temporary restraining order ("TRO"). (Doc. 9.)

On February 5, 2026, the assigned magistrate judge issued findings and recommendations to grant Petitioner's TRO motion. (Doc. 13.) On February 12, 2026, the Court adopted the findings and recommendations, granted Petitioner's TRO motion, and ordered Respondents to release Petitioner immediately. (Doc. 15.) The parties were directed to file a joint status report addressing whether any further briefing is needed to address the merits of the petition. *Id.* at 3. On February 27, 2026, Respondents filed a status report representing that the parties agree that further briefing is unnecessary and the matter has been fully briefed in prior filings. (Doc. 17.)

1

On May 14, 2026, the assigned magistrate judge issued findings and recommendations to grant Petitioner's petition for writ of habeas corpus. (Doc. 18.) The Court served the findings and recommendations on all parties and Respondents timely filed objections. (Doc. 19.)

In their objections, Respondents object to the findings and recommendations for the same reasons advanced in Respondents' earlier filings, to wit, that "the Court's ruling on the statutory and due process issues are incorrect." *Id.*; *see* (Doc. 17 at 2.)

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on May 19, 2026 (Doc. 19) are **ADOPTED** in full.

2. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.

3. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:    **May 26, 2026**

Jennifer L. Thurston

UNITED STATES DISTRICT JUDGE

2